# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

---------------------------------------------------X
STATE FARM FIRE CASUALTY CO.

                 Plaintiff        Case No. 14-1242

   vs.

GREGORY MESNIAEFF, ET AL.,

                 Defendants.    May 14, 2014
---------------------------------------------------X

## NOTICE OF DEFENDANT-APPELLANT'S REQUEST
## FOR BRIEFING SCHEDULE

    Pursuant to Local Rule 31.2(1)(a), the defendant-appellant, ELIZABETH BURKE, requests the following deadline for the appellant's brief: August 8, 2014.

                                    THE DEFENDANT-APPELLANT
                                    ELIZABETH BURKE

                                    /s/ ct20708_____
                                   Richard L. Grant, Esq. (ct20708)
                                   PIAZZA, SIMMONS & GRANT, L.L.C.
                                   112 Prospect Street
                                   Stamford, CT 06901
                                   Tel. (203)348-2465
                                   Fax  (203)964-9509
                                   rgrant@anthonypiazza.com

## AFFIRMATION OF SERVICE

I hereby certify that on May 14, 2014, Notice of this filing was sent by e-mail to all parties by operation of the court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

In addition to the foregoing, the undersigned hereby certifies that on May 14, 2014, a true and correct copy of this filing was served via regular first class mail, postage prepaid, upon the following:

**Cheryl L.V. Cassella (ct28507)**
**Halloran & Sage, LLP**
**One Goodwin Sq., 225 Asylum St.**
**Hartford, CT 06103**
**Tel. 860-522-6103**
**Fax: 860-548-0006**
**Email: cassella@halloran-sage.com**

**Daniel P. Scapellati (ct03855)**
**Halloran & Sage**
**One Goodwin Sq., 225 Asylum St.**
**Hartford, CT 06103**
**Tel. 860-522-6103**
**Fax: 860-548-0006**
**Email: scapellati@halloran-sage.com**

**Charles Harris (ct11608**
**Harris, Harris & Scmid**
**11 Belden Ave., First Floor**
**Norwalk, CT 06850**
**Tel. 203-838-7111**
**Fax 203-845-0772**
**charris@harrisschmid.com**

　　　　　　　　　　　　　　　　　　**/s/ct20708**_____
　　　　　　　　　　　　　　　　　　**Richard L. Grant, Esq.**